IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TERRY WATSON**                                                                    **PLAINTIFF**

VS.                       No. 2:20-cv-00170 PSH

**KILOLO KIJAKAZI,**[1] **Acting Commissioner,**
   **Social Security Administration**                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021, and is the proper defendant. Fed. R. Civ. P. 25(d).